

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-22-00232-CV

**CHAMPION FOOD SERVICE, INC**. and Champion Food Service 2, Inc.,
Appellants/ Cross-Appellees

v.

**PROALAMO FOODS, L.L.C.** and ProCoastal, L.L.C.,
Appellees/ Cross-Appellants

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10530
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellee's Unopposed Second Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on December 28, 2022. Further request for extension of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court